IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE

NOV 2 4 2025    CLV

US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| | CRIMINAL NO. 25- 494 ( C VR ) |
| v. | |
| | VIOLATION: |
| [1] ARLENE A. CABOT-CARLO, | |
| [2] EXPLORING TOGETHER THERAPY LLC, | 18 U.S.C. § 641 |
| Defendants. | |
| | ONE COUNT |

The United States Attorney Charges:

### COUNT ONE
### Theft of Government Money
### (18 U.S.C. § 641)

From in or about January 2021, and continuing thereafter until in or about July 2024, in the

District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendants,

**[1] ARLENE A. CABOT-CARLO, and**
**[2] EXPLORING TOGETHER THERAPY LLC,**

willfully and knowingly did steal, purloin, and convert to the use of another federal funds of the

United States Department of Education, having a value exceeding $1,000, in violation of 18 U.S.C.

§ 641.


W. STEPHEN MULDROW
United States Attorney


Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud &
Public Corruption Section

Linet Olinghouse
Assistant United States Attorney